UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **LISA RENEE MORGAN,** | ) |
| **Petitioner,** | ) |
| vs. | ) |
| | ) Case No. CV 07-S-990-J |
| **SHERIFF JOHN MARK TIREY** | ) |
| **and THE ATTORNEY GENERAL** | ) |
| **OF THE STATE OF ALABAMA,** | ) |
| **Respondents.** | ) |

## DISMISSAL ORDER

On June 25, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge.  Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is DISMISSED WITHOUT PREJUDICE.  The clerk is directed to close this file.

DONE this 24th day of July, 2007.

_____
United States District Judge